Harry W. Whipple, Appellant, v. Henry Spruck and Charles E. Spruck, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., dissented.

The Yale & Towne Manufacturing Company, Appellant, v. John P. Hollingshead and Others, Respondents. (No. 1.)— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

The Yale & Towne Manufacturing Company, Appellant, v. John P. Hollingshead and Others, Respondents. (No. 2.)— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

William Herod, Respondent, v. Charles C. Graham, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Mary Martin Ryder, as Administratrix, etc., of Ernest W. Ryder, Deceased, Respondent, v. Mountain Lake Ice Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Gaynor and Rich, JJ., concurred; Jenks and Miller, JJ., dissented.